UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **GERALD BROWN** | * | **CIVIL ACTION NO. 09-0048** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's previous administrative decision is **REVERSED** and this action is **REMANDED** to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] This includes, but does not limit, sending the case to the hearing level with instructions to the Administrative Law Judge to obtain

---

[1] A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552 (5th Cir. 1993).

an opinion from Dr. J. D. Cole, Dr. Daniel Dunlap, and/or the psychologists from the Veteran's Administration, including Dr. John W. Boyette and Dr. David C. Daniel, as to the extent of claimant's impairments on or before March 31, 1992.  Claimant shall be afforded the opportunity to submit additional evidence and to testify at a supplemental hearing.

      Lafayette, Louisiana, this 22nd day of March, 2010.


                        _____
                            Tucker L. Melançon
                         UNITED STATES DISTRICT JUDGE